UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>                Plaintiff,<br><br>        v.<br><br>GOMEZ, et al.,<br><br>                Defendants. | Case No.: 1:20-cv-00658-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 6) |

Plaintiff Latwahn McElroy is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2020, Plaintiff filed a motion to proceed *in forma pauperis*. On May 18, 2020, an order issued granting Plaintiff's motion to proceed *in forma pauperis*. On May 27, 2020, Plaintiff filed a second application to proceed *in forma pauperis* in this action.

As Plaintiff was previously granted *in forma pauperis* status on May 18, 2020, Plaintiff's motion to proceed *in forma pauperis* filed May 27, 2020, is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 28, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1