1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

LATWAHN MCELROY,                            )   Case No.: 1:20-cv-00658-NONE-SAB (PC)
                                            )
9                   Plaintiff,              )
                                            )
10          v.                              )   ORDER DENYING, WITHOUT PREJUDICE,
                                            )   PLAINTIFF'S MOTION FOR APPOINTMENT OF
11   GOMEZ, et al.,                         )   COUNSEL FILED ON JUNE 17, 2020
                                            )
12                  Defendants.             )   [ECF No. 14]
                                            )
13                                          )

14          Plaintiff Latwahn McElroy is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C.

15   § 1983.

16          Currently before the Court is Plaintiff's motion for appointment of counsel, filed June 17,

17   2020.  (ECF No. 14.)

18          Plaintiff previously filed a motion for appointment of counsel on June 11, 2020, and the instant

19   motion is a verbatim copy of the prior motion.  Accordingly, for the same reasons stated in the Court's

20   June 12, 2020 order denying Plaintiff's prior motion for appointment of counsel, the instant motion is

21   denied, without prejudice.

22

23   IT IS SO ORDERED.

24
     Dated:    **June 18, 2020**                    _____
25                                                  UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                      1