UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>        Plaintiff,<br><br>   v.<br><br>GOMEZ, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00658-NONE-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 26) |

      Plaintiff Latwahn McElroy is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 11, 2020, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) After Plaintiff failed to file an amended complaint or otherwise respond to the Court's June 11, 2020, an order for Plaintiff show cause was issued on July 20, 2020. (ECF No. 20.) Plaintiff filed a response on July 31, 2020. (ECF No. 24.) Therefore, on August 4, 2020, the Court discharged the order to show cause and granted Plaintiff thirty days to file an amended complaint. (ECF No. 26.) Over thirty days have passed and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed. (Id.) Plaintiff is warned again that failure to comply with this order will result

1

in a recommendation to a District Judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   **September 14, 2020**

UNITED STATES MAGISTRATE JUDGE