UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-00658-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 25, 27) |

　　　　Plaintiff Latwahn McElroy is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 12, 2020, the magistrate judge issued findings and recommendations recommending that plaintiff's petition for writ of mandamus, request for preliminary injunction, and request for appointment of counsel be denied.  (Doc. No. 25.)  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days.  (*Id*.)  No objections were filed and the time to do has expired.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations filed on August 12, 2020, are adopted in full; and
2. Plaintiff's petition for writ of mandamus is denied;
3. Plaintiff's request for a preliminary injunction is denied; and
4. Plaintiff's request for appointment of counsel is denied, without prejudice.

IT IS SO ORDERED.

Dated:  **September 21, 2020**

_____
UNITED STATES DISTRICT JUDGE