UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | No.: 1:20-cv-00658-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 15, 17) |

Plaintiff Latwahn McElroy is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order be denied. (Doc. No. 17.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) Plaintiff did not file objections and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly:

1. The findings and recommendations filed on June 22, 2020, are adopted in full; and
2. Plaintiff's motion for a temporary restraining order, filed on June 18, 2020 (Doc. No. 15), is denied.

IT IS SO ORDERED.

Dated:  **October 2, 2020**

_____
UNITED STATES DISTRICT JUDGE

2