UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>   Plaintiff,<br><br>   v.<br><br>GOMEZ, et al.,<br><br>   Defendants. | No.: 1:20-cv-00658-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 35) |

Plaintiff Latwahn McElroy is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief.  (Doc. No. 35.)  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  (*Id.* at 22.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on November 9, 2020, (Doc. No. 35), are adopted in full;
2. The instant action is dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief; and
3. The Clerk of Court shall assign a district judge to the case for the purposes of closure and then terminate this action.

IT IS SO ORDERED.

Dated: **December 10, 2020**

UNITED STATES DISTRICT JUDGE